0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-10034 JHW

Debtor: Michael J. Gillen

| Check Number | Creditor | Amount |
|---|---|---|
| 170376 | American Home Mortgage | 1401.47 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    September 10, 2010